# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2020 KW 0544

VERSUS

CORNELIUS KIRSH                              **SEPTEMBER 14, 2020**

---

In Re:    Cornelius Kirsh, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          555,145.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

   **WRIT DENIED.**

                              PMc
                              JEW
                              GH

COURT OF APPEAL, FIRST CIRCUIT

_____
       DEPUTY CLERK OF COURT
          FOR THE COURT